**Arthur O. ARMSTRONG,
Plaintiff–Appellant,**

v.

**Officer WATSON; Officer Cook; Christine Duffany, Defendants–Appellees.**

**No. 01–1112.**

United States Court of Appeals, Fourth Circuit.

Submitted April 10, 2001.

Decided May 8, 2001.

Arthur O. Armstrong, pro se.

Richard Thompson Wright, Greensboro, NC, for appellees.

Before MOTZ, TRAXLER, and KING, Circuit Judges.

PER CURIAM.

Arthur O. Armstrong appeals the district court's order denying post-judgment motions. We have reviewed the record and the district court order and find the action frivolous. Accordingly, we affirm on the reasoning of the district court. *See Armstrong v. Watson,* No. CA–97–1335–1 (M.D.N.C. filed Dec. 13, 2000; entered Dec. 14, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*